# MEMORANDA

OF

# CAUSES NOT REPORTED IN FULL.

NEW YORK COMMON PLEAS — GENERAL TERM,
APRIL, 1895.

WALTER S. DRAKE, Respondent, *v.* THE THOMPSON & DEER
Co., Appellant.

APPEAL by the defendant corporation from an order of the Special Term denying its motion to vacate an order for the examination before trial of certain of its officers.

*Howe & Hummell*, for appellant.

*L. Karge*, for respondent.

GIEGERICH, J. The defendant is a corporation organized under the laws of this state, and engaged in the brokerage business and the buying and selling of stocks and securities.

The features of this case are, in all substantial respects, identical with those in *Drake* v. *Weinman & Co.*, 12 Misc. Rep. 65, and nothing need be said in addition to the opinion there expressed.

It follows that the order appealed from should be affirmed, with costs.

DALY, Ch. J., and BOOKSTAVER, J., concur.
Order affirmed, with costs.